1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11

12   BIBLE CLUB AND R. G. A MINOR BY   )   Case No.: SACV 08-837 CJC (PLAx)
     AND THROUGH HER NEXT FRIEND   )
13   R. G.,                        )   PRELIMINARY INJUNCTION
                                   )
14            Plaintiff,           )
                                   )
15       vs.                       )
                                   )
16                                 )
     PLACENTIA-YORBA LINDA         )
17   SCHOOL DISTRICT, DENNIS SMITH, )
     DAVE FLYNN, AND OTHER         )
18   UNKNOWN PERSONS ("DOES 1-15"), )
                                   )
19            Defendants           )
                                   )
20                                 )

21

22

23

24

25

26

27

28

1  This matter having come before the Court on Plaintiffs Bible Club and R.G.'s
2  motion for a preliminary injunction against Defendants Placentia-Yorba Linda School
3  District, Dennis Smith, Dave Flynn, and other unknown persons ("Does 1-15")
4  (collectively, "District");

6  And the Court having considered the complaint, declarations, and memoranda of
7  points and authorities presented by the parties in support of and in opposition to the entry
8  of a preliminary injunction, and all other papers, evidence, and argument presented by the
9  parties in connection with Plaintiffs' motion for a preliminary injunction;

11  IT IS HEREBY ORDERED THAT:

13  PENDING TRIAL on Plaintiffs' claims, Defendant District, and its officers,
14  directors, agents, servants, employees and attorneys and those in active concert or
15  participation with them ARE HEREBY MANDATED to grant the Bible Club the same
16  access to District and Esperanza High School facilities and resources enjoyed by other
17  student clubs, including the rights to: (1) conduct meetings during non-instructional time
18  on campus; (2) list the club in the EHS yearbook with an accompanying photo; (3) list the
19  club on the EHS Web site and in the EHS Student/Parent Handbook with an
20  accompanying photo; (4) have access to an advisor; and (5) have access to District
21  resources, including equipment, supplies and funding.  This preliminary injunction shall
22  be limited in accordance with the Court's Order Granting the Bible Club's Motion for a
23  Preliminary Injunction entered on August 28, 2008.

25  DATED:    August 28, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE