| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RUTAN & TUCKER, LLP<br>Robert S. Bower (State Bar No. 70234)<br>Joseph D. Larsen (State Bar No. 244506)<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile: 714-546-9035<br>rbower@rutan.com<br>jlarsen@rutan.com |
| 6<br>7 | Attorneys for Defendants<br>Placentia-Yorba Linda Unified School District, *et al.* |

**JS-6**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BIBLE CLUB, & R.G. A MINOR BY AND THROUGH HER NEXT FRIEND R.G.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PLACENTIA-YORBA LINDA UNIFIED SCHOOL DISTRICT, DENNIS SMITH, DAVE FLYNN, JASON KAYLOR, AND OTHER UNKNOWN PERSONS ("DOES 1-15"),<br><br>　　　　Defendants. | Case No. SACV08-00837-CJC(PLAx)<br><br>Assigned for All Purposes to<br>Judge Cormac J. Carney<br>Department 9B<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Date Action Filed: July 29, 2008<br>Trial Date: Not Assigned |

---

2284/010199-0040
990199.02 a02/19/09

-1-
[PROPOSED] JUDGMENT OF DISMISSAL

*Rutan & Tucker, LLP*
attorneys at law

The motion of Defendants Placentia-Yorba Linda Unified School District, Dennis Smith, Dave Flynn, and Jason Kaylor (collectively "Defendants") to Dismiss as Moot the action of Plaintiffs Bible Club & R.G., a minor by and through her next friend R.G. (collectively, "Plaintiffs") was granted by the Court on February 9, 2009.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Complaint is hereby dismissed as to all parties with prejudice.

2. Plaintiffs shall recover $1.00 in nominal damages and their costs in the amount of $_____ from Defendants.

3. Plaintiffs and Defendants shall have the right to file timely motions to recover their reasonable attorneys' fees. By permitting Defendants to file such a motion, the Court is not suggesting that Defendants are entitled to any attorneys' fees.

Dated: February 24, 2009

_____
Honorable Cormac J. Carney
Judge, United States District Court